```
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 12-7462 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| William M. Denson, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, William M. Denson, in the principal amount of $2,251.81 plus interest accrued to August 27, 2012, in the sum of $2,819.39; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$5,071.20**.

DATED: 10/9/2012    By: _TERRY NAFISI_
                       Clerk of the Court

                       _____
                       Deputy Clerk
                       United States District Court