JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>William M. Denson,<br><br>　　　　　Defendant | No. CV A 12-7462<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, William M. Denson, in the principal amount of $2,251.81 plus interest accrued to August 27, 2012, in the sum of $2,819.39; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$5,071.20**.

DATED: 10/9/2012　　　　By: TERRY NAFISI
　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　United States District Court